UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALONSO SANCHEZ and ANABERTHA SANCHEZ, | Case No.: 12-CV-04368 |
| Plaintiffs, | ORDER DIRECTING PARTIES TO FILE STATUS REPORT |
| v. | |
| STERLING REAL ESTATE PARTNERS II, | |
| Defendant. | |

On August 20, 2012, Defendant Sterling Real Estate Partners II filed a motion for order withdrawing reference of adversary proceeding. ECF No. 1. On September 25, 2012, Plaintiffs filed an opposition to the request. ECF No. 2. There have been no further filings or proceedings in this case.

The parties are hereby ordered to file a joint status report by August 23, 2013, advising the Court of the status of this case. The Court also sets a status conference for September 18, 2013, at 2:00 p.m. The conference will be held at 280 S.1st St., San Jose, CA, in Courtroom 8.

**IT IS SO ORDERED.**

Dated: August 9, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge