UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALONSO SANCHEZ and ANABERTHA SANCHEZ,<br><br>       Plaintiffs,<br><br>       v.<br><br>STERLING REAL ESTATE PARTNERS II,<br><br>       Defendant. | Case No.: 12-CV-4368-LHK<br><br>ORDER TO FILE STATUS UPDATE |

On August 20, 2012, Defendant Sterling Real Estate Partners II filed a motion for order withdrawing reference of adversary proceeding. ECF No. 1. On September 25, 2012, Plaintiffs filed an opposition to the request. ECF No. 2. There have been no further filings or proceedings in this case. On August 9, 2013, the parties were ordered to file a joint status report by August 23, 2013, advising the Court of the status of this case. The parties did not do so.

The parties are ordered to file a status update by April 14, 2014 at 12p.m. If no response is filed, this case will be dismissed with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 9, 2014

_Lucy H. Koh_

1

Case No.: 12-CV-4067
ORDER TO FILE STATUS UPDATE

LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-4067
ORDER TO FILE STATUS UPDATE