1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALONSO SANCHEZ and ANABERTHA SANCHEZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>STERLING REAL ESTATE PARTNERS II,<br><br>    Defendant. | Case No.: 12-CV-4368-LHK<br><br>ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO PROSECUTE |

On August 20, 2012, Defendant Sterling Real Estate Partners II filed a motion for order withdrawing reference of adversary proceeding. ECF No. 1. On September 25, 2012, Plaintiffs filed an opposition to the request. ECF No. 2. There have been no further filings or proceedings in this case. On August 9, 2013, the parties were ordered to file a joint status report by August 23, 2013, advising the Court of the status of this case. ECF No. 3. The parties did not do so.

On April 9, 2014, the parties were ordered to file a status update by April 14, 2014 at 12p.m. ECF No. 4. The Court advised that if no response was filed, this case would be dismissed with prejudice for failure to prosecute. *Id.* No response has been filed as of April 16, 2014.

1

Case No.: 12-CV-4067
ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO PROSECUTE

1    Accordingly, this case is dismissed with prejudice for failure to prosecute. The clerk shall close the
2    case file.
3    **IT IS SO ORDERED.**
4    Dated: April 16, 2014

_____
LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-4067
ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO PROSECUTE