1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ALONSO SANCHEZ and ANABERTHA SANCHEZ,  Plaintiffs,  v.  STERLING REAL ESTATE PARTNERS II,  Defendant. | Case No.: 12-CV-04368-LHK  ORDER VACATING PREVIOUS ORDERS |
|---|---|

The Court vacates its previous orders, ECF Nos. 4 & 5, because they were not mailed to the pro se Plaintiffs in this case.

**IT IS SO ORDERED.**

Dated: April 17, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-04368
ORDER VACATING PREVIOUS ORDERS