UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALONSO SANCHEZ and ANABERTHA SANCHEZ, <br><br> Plaintiffs, <br><br> v. <br><br> STERLING REAL ESTATE PARTNERS II, <br><br> Defendant. | Case No.: 12-CV-04368-LHK <br><br> ORDER TO FILE STATUS UPDATE |

On August 20, 2012, Defendant Sterling Real Estate Partners II filed a motion for order withdrawing reference of adversary proceeding. ECF No. 1. On September 25, 2012, Plaintiffs filed an opposition to the request. ECF No. 2. There have been no further filings or proceedings in this case. On August 9, 2013, the parties were ordered to file a joint status report by August 23, 2013, advising the Court of the status of this case. ECF No. 3. The parties did not do so.

The parties are hereby ordered to file a status update by May 2, 2014 at noon. If no response is filed, this case will be dismissed with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 17, 2014

_____
Lucy H. Koh

1

Case No.: 12-CV-04368
ORDER TO FILE STATUS UPDATE

|   |   |
|---|---|
| 1 | LUCY H. KOH<br>United States District Judge |

2

Case No.: 12-CV-04368
ORDER TO FILE STATUS UPDATE