UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALONSO SANCHEZ and ANABERTHA SANCHEZ,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STERLING REAL ESTATE PARTNERS II,<br><br>　　　　Defendant. | Case No.: 12-CV-04368-LHK<br><br>ORDER VACATING PREVIOUS ORDER |

The Court vacates its previous order, ECF No. 7, because it was inadvertently mailed by the Clerk's office to the wrong address for the pro se Plaintiffs in this case.

**IT IS SO ORDERED.**

Dated: May 8, 2014

_____
LUCY H. KOH
United States District Judge