1
2
3
4
5
6
7
8
9
10

**United States District Court**
For the Northern District of California

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| ALONSO SANCHEZ and ANABERTHA SANCHEZ, <br><br>      Plaintiffs, <br><br>     v. <br><br> STERLING REAL ESTATE PARTNERS II, <br><br>      Defendant. | Case No.: 12-CV-04368-LHK <br><br> ORDER TO FILE STATUS UPDATE |

On August 20, 2012, Defendant Sterling Real Estate Partners II filed a motion for order withdrawing reference of adversary proceeding. ECF No. 1. On September 25, 2012, Plaintiffs filed an opposition to the request. ECF No. 2. There have been no further filings or proceedings made by the parties in this case. On August 9, 2013, the parties were ordered to file a joint status report by August 23, 2013, advising the Court of the status of this case. ECF No. 3. The parties did not do so.

The parties are hereby ordered to file a status update by May 23, 2014 at noon. If no response is filed, this case will be dismissed with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

1

Dated: May 8, 2014

_____
LUCY H. KOH
United States District Judge

2