United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11
12

Case No.: 12-CV-04368-LHK

13

ALONSO SANCHEZ and
ANABERTHA SANCHEZ,

ORDER DISMISSING CASE WITH
PREJUDICE FOR FAILURE TO
PROSECUTE

14

Plaintiffs,

15

v.

16
17

STERLING REAL ESTATE PARTNERS
II,

18

Defendant.

19

20      On August 20, 2012, Defendant Sterling Real Estate Partners II filed a motion for order

21   withdrawing reference of adversary proceeding. ECF No. 1. On September 25, 2012, Plaintiffs

22   filed an opposition to the request. ECF No. 2. There have been no further filings or proceedings

23   made by the parties in this case. On August 9, 2013, the parties were ordered to file a joint status

24   report by August 23, 2013, advising the Court of the status of this case. ECF No. 3. The parties did

25   not do so.

26      The parties were ordered to file a status update by May 23, 2014 at noon. ECF No. 10. The

27   parties were advised that if no response was filed, this case would be dismissed with prejudice for

28   failure to prosecute. *Id.* Because the parties have not filed any update as of May 23, 2014 at noon,

1

the Court dismisses this case with prejudice for failure to prosecute. The Clerk shall close the case

file.

**IT IS SO ORDERED.**

Dated: May 23, 2014

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-04368
ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO PROSECUTE